UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07
```

In Re: Enron Creditors Discovery Corp.,
JP Morgan Chase Bank N.A.

      Appellant(s),

  -against-

Baupost Group, L.L.C., et al.,

      Appellee(s).
------------------------------------------------------X

07 Civ 7757 (CM) (KNF)

CALENDAR NOTICE

Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ✓ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, September 28, 2007 at 3:00 p.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: September 17, 2007
New York, New York

So Ordered

*/s/ Colleen McMahon*

Colleen McMahon, U.S.D.J