**Case Nos. 07-7757 (CM) and 07-7941 (CM)**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

*In re:* ENRON CREDITORS RECOVERY CORP., f/k/a Enron Corp., *et al.,*

*Debtors.*

---

JPMORGAN CHASE BANK, N.A., CREDIT SUISSE FIRST BOSTON, DEUTSCHEBANK TRUST COMPANY AMERICAS, FARALLON CAPITAL MANAGEMENT, LLC, KING STREET CAPITAL L.P., REDWOOD PARTNERS, SILVER POINT CAPITAL L.P.,

*Appellants,*

–against–

THE BAUPOST GROUP, LLC, ABRAMS CAPITAL, LLC, ENRON CREDITORS RECOVERY CORP., f/k/a Enron Corp., *et al.,*

*Appellees.*

---

*Appeal from the United States Bankruptcy Court for the Southern District of New York, Case No. 01-16034 (Jointly Administered)*

## APPELLANTS' APPENDIX

---

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of Americas
New York, New York 10036
(212) 715-9100
P. Bradley O'Neill, Esq.
Amy Caton, Esq.

*Counsel for Appellants JPMorgan Chase Bank, N.A. and Choctaw/Zephyrus Appellants*

KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
Sarah Reid, Esq.
Alison L. MacGregor, Esq.

*Counsel for Appellants JPMorgan Chase Bank N.A.*

# TABLE OF CONTENTS

**Document**                                                                                                                                      **Tab**

Order Sustaining In Part And Overruling In Part Limited Objection Of The
Baupost Group And Abrams Capital To Approval Of Amended Schedule S To
Plan Supplement (Docket No. 31141) ...............................................................................1

Opinion Regarding Limited Objection Of The Baupost Group And Abrams Capital To
Approval Of Amended Schedule S To Plan Supplement (Docket No. 31034) .............................2

Notice Of Appeal, filed by JPMorgan Chase Bank, N.A. (Docket No. 31182) .............................3

Notice Of Appeal, filed by Choctaw/Zephyrus Lenders (Docket No. 31199) ...............................4

Indenture dated November 21, 1996 (TOPRS Indenture) .................................................5

Indenture dated January 16, 1997 (TOPRS Indenture)....................................................6

Indenture dated February 1, 1987 (1987 Indenture) .......................................................7

Third Amended and Restated Limited Liability Company Agreement of
Enron Finance Partners, LLC (Exhibit F to Docket No. 27482) ......................................8

Proof of Claim No. 11126 (Exhibit C to Docket No. 27482) ..........................................9

ECIC Demand Note (Exhibit 2 to Docket No. 27539) .................................................10

ENA/EFP Note (Exhibit 3 to Docket No. 27539)..........................................................11

Proof of Claim No. 11132 (Exhibit B to Docket No. 27482).........................................12

Motion for Order approving Choctaw/Zephyrus Settlement Agreement,
without Exhibits, filed by Debtors (Docket No.18341)...............................................13

Choctaw/Zephyrus Settlement Agreement without schedules and exhibits
(Exhibit A to Docket No. 18341).................................................................................14

Zephyrus Redemption Agreement (Exhibit C to Docket No. 18341) ...........................15

Excerpts from Supplemental Modified Fifth Amended Joint Plan Of Affiliated
Debtors Pursuant to Chapter 11 Of The United States Bankruptcy Code,
filed by the Debtors (Docket No. 19475).....................................................................16

Order Confirming Supplemental Modified Fifth Amended Joint Plan Of
Affiliated Debtors Pursuant To Chapter 11 Of The United States Bankruptcy
Code, And Related Relief (Docket No. 19759) ............................................................17

Order Granting Motion Of Enron Corp., Et Al. For An Order, Pursuant To
11 U.S.C. § 105(a), In Aid Of Plan Implementation And Extending Deadline
To Modify Schedule S To Plan Supplement (Docket No. 24878) ................................................18

Notice Of Presentment Of Order Approving Amended Schedule S To Plan Supplement,
filed by Debtors (Docket No 26769) ...........................................................................................19

Limited Objection Of The Baupost Group And Abrams Capital To Approval Of
Amended Schedule S To Plan Supplement, filed by The Baupost Group L.L.C. and
Abrams Capital L.L.C. without Exhibits (Docket No. 27072) .....................................................20

Excerpts of Transcript of October 20, 2005 hearing in connection with the Baupost/Abrams
Limited Objection (Docket No. 28149) ........................................................................................21

Reorganized Debtors' Motion To Clarify The Opinion Regarding The Limited
Objection Of The Baupost Group And Abrams Capital To Approval Of Amended
Schedule S To The Plan Supplement, filed by the Debtors (Docket No. 31073) .........................22

Minutes of Proceedings relating to the July 12, 2007 Hearing on Debtors' Motion
to Clarify (Docket No. 31116) .....................................................................................................23