# **<u>EXHIBIT 4</u>**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of Americas
New York, New York 10036
Tel: (212) 715-9100
P. Bradley O'Neill, Esq. (PO-5832)
Amy Caton, Esq. (AC-1990)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| ENRON CREDITORS RECOVERY CORP., f/k/a Enron Corp. *et al.*, | Case No. 01-16034 (AJG) |
| Reorganized Debtors. | Jointly Administered |

# NOTICE OF APPEAL

PLEASE TAKE NOTICE that Credit Suisse First Boston, Deutschebank Trust Company America, Farallon Capital Management, LLC, Goldman Sachs Credit Partners, L.P., King Street Capital, L.P., Redwood Partners, Silver Point Capital, L.P. on behalf of themselves and/or funds and accounts managed or controlled by them, (collectively, the "Choctaw/Zephyrus Lenders"), hereby appeal to the United States District Court for the Southern District of New York from an order (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York on the 24th day of July 2007, Sustaining in Part and Overruling in Part Limited Objection of the Baupost Group and Abrams Capital to Approval of Amended Schedule S to Plan Supplement.

The parties to the Order appealed from are the Debtors in these cases, the Choctaw/Zephyrus Lenders, JP Morgan Chase Bank, N.A., ("JPMC"), John Hancock Life Insurance Company ("John Hancock"), Bayerische Hypo-Und Vereinsbank AG ("HVB"), ABN

KL2 2516815.2

Amro Bank, N.V. ("ABN Amro"), American Express Bank Ltd. ("American Express"), WestLB AG ("WestLB"), The Baupost Group LLC ("Baupost") and Abrams Capital ("Abrams").

The names and address of the attorneys for the Debtors are:

>   Martin J. Bienenstock, Esq.
>   Bryan S. Rosen, Esq.
>   Sylvia Ann Mayer, Esq.
>   WEIL GOTSHAL & MANGES
>   767 Fifth Avenue
>   New York, New York 10153
>   (212) 310-8000

The names and address for the attorneys for the Choctaw/Zephyrus Lenders are:

>   P. Bradley O'Neill, Esq.
>   Amy Caton, Esq.
>   KRAMER LEVIN NAFTALIS & FRANKEL LLP
>   1177 Avenue of Americas
>   New York, New York 10036
>   (212) 715-9100

The names and address of the attorneys for Baupost and Abrams are:

>   Isaac M. Pachulski, Esq.
>   Eric D. Winston, Esq.
>   Nathan A. Schultz, Esq.
>   STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
>   1901 Avenue of the Stars, 12th Floor
>   Los Angeles, California 90067
>   (310) 228-5600

The names and address of the attorneys for JPMC are:

>   Sarah Reid, Esq.
>   Alison L. MacGregor, Esq.
>   KELLEY DRYE & WARREN LLP
>   101 Park Avenue
>   New York, NY 10178
>   (212) 808-7800

and

P. Bradley O'Neill, Esq.
Amy Caton, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of Americas
New York, New York 10036
(212) 715-9100

The names and address of the attorneys for John Hancock are:

Michael E. Wiles, Esq.
James B. Roberts, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

The names and address of the attorneys for HVB are:

Robin E. Keller, Esq.
Brian M. Cogan, Esq.
STROOCK & STOOCK & LAVAN
New York, New York 10038
(212) 506-5400

The names and address of the attorneys for ABN Amro are:

Kenneth Pasquale, Esq.
Erez Gilad, Esq.
STROOCK & STOOCK & LAVAN
New York, New York 10038
(212) 506-5400

The name and address of the attorney for American Express is:

David Blejwas, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
(212) 478-7200

3

The name and address of the attorney for WestLB are:

>Dennis J. Drebsky, Esq.
>NIXON PEABODY, LLP
>437 Madison Avenue
>New York, New York 10022
>(212) 940-3000

Dated: August 13, 2007

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:   /s/ Amy Caton
Amy Caton, Esq. (AC-1990)
P. Bradley O'Neill, Esq. (PO-8532)
1177 Avenue of Americas
New York, New York 10036
Tel: (212) 715-9100