UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| ENRON CREDITORS RECOVERY CORP. | : | |
| f/k/a Enron Corp. *et al.* | : | Case No. 01-16034 |
| | : | |
| Reorganized Debtors. | : | Jointly Administered |
| JPMORGAN CHASE BANK, N.A., CREDIT SUISSE FIRST BOSTON, DEUTSCHEBANK TRUST COMPANY AMERICAS, FARALLON CAPITAL MANAGEMENT, LLC, KING STREET CAPITAL L.P., REDWOOD PARTNERS, SILVER POINT CAPITAL L.P. | : | |
| Appellants, | : | |
| | : | Appeal |
| v. | : | |
| | : | Case No.  07-7757-CM |
| THE BAUPOST GROUP, LLC, ABRAMS CAPITAL, LLC and ENRON CREDITORS RECOVERY CORP., *et al.* | : | 07-7941-CM |
| Appellees. | : | |

## NOTICE

**PLEASE TAKE NOTICE** that attached hereto are Exhibits 11 through 23 to Appellants' Appendix filed in connection with the above-captioned Appeals.

Dated: October 5, 2007

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                          By  /s/ P. Bradley O'Neill
                                              P. Bradley O'Neill, Esq.
                                              Amy Caton, Esq.
                                              Daniel M. Eggermann, Esq.
                                              1177 Avenue of the Americas
                                              New York, New York 10036
                                              Tel:  (212) 715-9100

*Counsel to JP Morgan Chase Bank, N.A. and Choctaw/Zephyrus Appellants*

and

KELLEY DRYE & WARREN LLP
Sarah Reid, Esq.
Alison MacGregor, Esq.
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800

*Counsel to JP Morgan Chase Bank, N.A.*