If to the Enron Parties, to:

        Enron Corp.
        1221 Lamar Street
        Suite 1600
        Houston, TX  77010
        Attention:  General Counsel
        Telecopy: (713) 853-3129

        with a copy to:

        Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York, NY  10153
        Attention:  Brian S. Rosen, Esq.
        Telecopy: (212) 310-8007

            - and –

        Milbank Tweed Hadley & McCloy LLP
        One Chase Manhattan Plaza
        New York, NY  10005
        Attention:  Susheel Kirpalani, Esq.
        Telecopy: (212) 822-5234

If to a Choctaw Party or a Zephyrus Party, to:

        such Choctaw/Zephyrus Party at the address
        shown for such holder on Schedule 6.11
        hereof, to the attention of the person who
        has signed this Agreement on behalf of such
        holder

        with a copy to:

        Kelley Drye & Warren LLP
        101 Park Avenue
        New York, NY  10178
        Attention:  Mark Bane, Esq.
        Telecopy: (212) 808-7897

            - and-

        Kramer Levin Naftalis & Frankel, LLP
        919 Third Avenue
        New York, NY  10022
        Attention:  Thomas Mayer, Esq.
        Telecopy: (212) 715-8000

If to Sequoia, to:

        Sequoia Financial Assets LLC
        1221 Lamar Street
        Suite 1600
        Houston, TX  77010
        Attention: General Counsel
        Telecopy: (713) 853-3129

If to Cherokee, to:

        Cherokee Finance V.O.F. i.l.
        1221 Lamar Street
        Suite 1600
        Houston, TX  77010
        Attention: General Counsel
        Telecopy: (713) 853-3129

If to EFP, to:

        Enron Finance Partners, LLC
        1221 Lamar Street
        Suite 1600
        Houston, TX  77010
        Attention: General Counsel
        Telecopy: (713) 853-3129

      Section 6.12   Further Assurances. Each of the Parties hereto agrees to execute and deliver, or to cause to be executed and delivered, all such instruments, and to take all such action as the other Parties may reasonably request in order to effectuate the intent and purposes of, and to carry out the terms of, this Agreement, including, without limitation, such instruments or documents in connection with the assignment of promissory notes, accounts receivable and other obligations attendant to the transactions contemplated herein.

      IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed as of the date set forth above.

                ENRON CORP., as Debtor-in Possession

                By: _____  MKW

                Name:   Raymond M. Bowen, Jr.
                Title:    Executive Vice President,
                        Chief Executive Officer and
                        Treasurer

ENRON NORTH AMERICA CORP.,
as Debtor in Possession

By: _____  *MKW*

    Name:   David C. Williams
    Title:    Agent and Attorney-in-Fact


ENRON POWER MARKETING, INC.,
as Debtor in Possession

By: _____  *MKW*

    Name:   David C. Williams
    Title:    Agent and Attorney-in-Fact


CHEYENNE FINANCE S.a.r.l.

By: _____  *MKW*

    Name:   K. Wade Cline
    Title:    Sole Manager


SEQUOIA FINANCIAL ASSETS, LLC

By: _____  *MKW*

    Name:   K. Wade Cline
    Title:    Agent and Attorney-in-Fact


CHEROKEE FINANCE V.O.F. i.l.

By: JPMORGAN CHASE BANK, as holder of the
    claim in respect of the Cherokee Preferred
    Interests and as Agent for the Choctaw
    Lenders

By: _____

    Name:
    Title:

ENRON NORTH AMERICA CORP.,
as Debtor in Possession

By:_____ *MKW*

     Name:    David C. Williams
     Title:     Agent and Attorney-in-Fact


ENRON POWER MARKETING, INC.,
as Debtor in Possession

By:_____ *MKW*

     Name:    David C. Williams
     Title:     Agent and Attorney-in-Fact


CHEYENNE FINANCE S.a.r.l.

By: _____ *MKW*

     Name:    K. Wade Cline
     Title:     Sole Manager


SEQUOIA FINANCIAL ASSETS, LLC

By: _____ *MKW*

     Name:    K. Wade Cline
     Title:     Agent and Attorney-in-Fact


CHEROKEE FINANCE V.O.F. i.l.

By: JPMORGAN CHASE BANK, as holder of the
      claim in respect of the Cherokee Preferred
      Interests and as Agent for the Choctaw
      Lenders

By:_____

     Name:
     Title:

ENRON NORTH AMERICA CORP.,
as Debtor in Possession

By:_____
     Name:  David C. Williams
     Title:   Agent and Attorney-in-Fact


ENRON POWER MARKETING, INC.,
as Debtor in Possession

By:_____
     Name:  David C. Williams
     Title:   Agent and Attorney-in-Fact


CHEYENNE FINANCE S.a.r.l.

By:_____
     Name:  K. Wade Cline
     Title:   Sole Manager


SEQUOIA FINANCIAL ASSETS, LLC

By:_____
     Name:  K. Wade Cline
     Title:   Agent and Attorney-in-Fact


CHEROKEE FINANCE V.O.F. i.l.

By: JPMORGAN CHASE BANK, as holder of the
    claim in respect of the Cherokee Preferred
    Interests and as Agent for the Choctaw
    Lenders

By:_____
     Name:  F. HALL WEBB
     Title:   MD

22

By: CHEYENNE FINANCE S.a.r.l.

By: _K Wade Cl_____    MKW

    Name:  K. Wade Cline
    Title:   Agent and Attorney-in-Fact


ENRON FINANCE PARTNERS, LLC

By:_____    ϒℓ
    Name:
    Title:


JPMORGAN CHASE BANK, as Administrative
Agent and Collateral Agent Pursuant to Credit
Agreement

By:_____
    Name:
    Title:

JPMORGAN CHASE BANK, as Administrative
Agent and Collateral Agent Pursuant to Funding
Agreement

By:_____
    Name:
    Title:


JPMORGAN CHASE BANK, as Collateral Agent
Pursuant to Security Agreement

By:_____
    Name:
    Title:

JPMORGAN CHASE BANK, as Attorney-in-Fact
Pursuant to Security Agreement

By:_____
    Name:
    Title:

By: CHEYENNE FINANCE S.a.r.l.

By:_____
      Name:  K. Wade Cline
      Title:   Agent and Attorney-in-Fact


ENRON FINANCE PARTNERS, LLC

By:_____
      Name: F. HALL WEBB
      Title: DIRECTOR


JPMORGAN CHASE BANK, as Administrative
Agent and Collateral Agent Pursuant to Credit
Agreement

By:_____
      Name:
      Title:

JPMORGAN CHASE BANK, as Administrative
Agent and Collateral Agent Pursuant to Funding
Agreement

By:_____
      Name:
      Title:


JPMORGAN CHASE BANK, as Collateral Agent
Pursuant to Security Agreement

By:_____
      Name:
      Title:

JPMORGAN CHASE BANK, as Attorney-in-Fact
Pursuant to Security Agreement

By:_____
      Name:
      Title:

23

By: CHEYENNE FINANCE S.a.r.l.

By:_____
      Name: K. Wade Cline
      Title:   Agent and Attorney-in-Fact

ENRON FINANCE PARTNERS, LLC

By:_____
      Name:
      Title:

JPMORGAN CHASE BANK, as Administrative
Agent and Collateral Agent Pursuant to Credit
Agreement

By:_____
      Name: F. HALL WEBB
      Title:  MD

JPMORGAN CHASE BANK, as Administrative
Agent and Collateral Agent Pursuant to Funding
Agreement

By:_____
      Name: F. HALL WEBB
      Title:  MD

JPMORGAN CHASE BANK, as Collateral Agent
Pursuant to Security Agreement

By:_____
      Name: F. HALL WEBB
      Title:  MD

JPMORGAN CHASE BANK, as Attorney-in-Fact
Pursuant to Security Agreement

By:_____
      Name: F. HALL WEBB
      Title:  MD

23

JPMORGAN CHASE BANK

By: _____

Name: F. HALL WEBB

Title: M D

FARALLON CHOCTAW ENE, L.L.C.

By: FARALLON CAPITAL MANAGEMENT,
L.L.C., as Manager

By: _____
Name:   William F. Duhamel, Jr.
Title:    Managing Member

FARALLON ZEPHYRUS ENE, L.L.C.

By: FARALLON CAPITAL MANAGEMENT,
L.L.C., as Manager

By: _____

Name:  William F. Duhamel, Jr.
Title:  Managing Member

BEAR STEARNS INVESTMENT
PRODUCTS, INC.

By: _____

Name:

Title: **JOHN McDERMOTT**
**VICE PRESIDENT**

CREDIT SUISSE FIRST BOSTON

By: _____
Name:
Title:          **Joseph Brosnan**
                **Vice President**


By: _____
Name:
Title:          **LEIGH DWORKIN**
                **ASSISTANT VICE PRESIDENT**

DIVERSIFIED CREDIT STRATEGIES FUND

By: _____

Name: RYAN ATKINSON

Title: VICE PRESIDENT

BEAR STEARNS & CO. INC.

By: _____

Name: _____

Title: ALAN J. MINTZ
SENIOR MANAGING DIRECTOR

**CHOCTAW-ZEPHYRUS SETTLEMENT AGREEMENT**

KING STREET CAPITAL MANAGEMENT, LLC

By: _____

Name:        O. Francis Biondi
Title:        Managing Principal

SPCP GROUP, LLC

By: _Edward A. Mule_
      Name:
      Title:

CARGILL FINANCIAL SERVICES INTL. INC.

By: _____

Name: _____

Title: **Kirk Ogren**
        **Investment Manager**

**Kelly Schreurs**
**Controller**

DEUTSCHE BANK TRUST COMPANY
AMERICA

By: _____

Name:

Title:

Scott G. Martin
Managing Director

ABN AMRO BANK N.V.

By: _____

Name: _____
Title: **DAVID W. STACK**
**GROUP VICE PRESIDENT**

By: _____

Name: _____
Title: _____

**WILLIAM J. FITZGERALD**
**GROUP SENIOR VICE PRESIDENT**

SPECIAL SITUATIONS INVESTING GROUP,
for and on behalf of itself and each, every and all of
its past and present officers, directors, shareholders,
partners, principals, subsidiaries, agents, employees,
representatives and attorneys in any capacity in the
Choctaw Transactions and the Zephyrus
Transactions, but not on behalf of its affiliates or
parent companies

By: _____

Name: **MICHAEL MANSOUR**
Title: **AUTHORIZED SIGNATORY**

BNP PARIBAS

By: _____

Name:     ALEJO FERNANDEZ SASSO

Title:     VICE PRESIDENT

By: _____

Name:

Title:     FLETCHER DUKE
                 Director

REDWOOD MASTER FUND, LTD.

By: _____
    Name: JONATHAN KOLATCH
    Title: Director

GOLDMAN SACHS CREDIT PARTNERS L.P.,
for and on behalf of itself and each, every and all of
its past and present officers, directors, shareholders,
partners, principals, subsidiaries, agents, employees,
representatives and attorneys in any capacity in the
Choctaw Transactions and the Zephyrus
Transactions, but not on behalf of its affiliates or
parent companies

By: _____

Name: _____
Title: _____

Pedro Ramirez
Authorized Signatory

VARDE FUND V, L.P.

By: _____
            Name:
            Title:

Consented to and Acknowledged By:

THE OFFICIAL COMMITTEE
   OF UNSECURED CREDITORS

By: _____
      Name: Julie J. Becker
      Title: Co-Chair
    Wells Fargo Bank, N.A. as
    Indenture Trustee