# **EXHIBIT 18**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
In re                                                                       :          Chapter 11
:
ENRON CORP., et al.,                                            :          Case No. 01-16034 (AJG)
:
:          Jointly Administered
            Reorganized Debtors.                           :
---------------------------------------------------------------- x

**ORDER GRANTING MOTION OF ENRON CORP., ET AL. FOR AN ORDER, PURSUANT TO 11 U.S.C. § 105(a), IN AID OF PLAN IMPLEMENTATION AND EXTENDING DEADLINE TO MODIFY SCHEDULE S TO PLAN SUPPLEMENT**

Upon consideration of the motion, dated March 18, 2005 (the "Motion"), seeking entry of an order extending the deadline for the Reorganized Debtors to modify Schedule S to the Plan Supplement until August 1, 2005; and it appearing that such relief is in the best interests of the Reorganized Debtors, their Creditors and all parties in interest; and good and sufficient notice having been provided to all applicable parties pursuant to the Second Amended Case Management Order[1]; and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion and no objections to the Motion having been interposed; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1.        The Motion is GRANTED in all respects.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Plan.

2. Notwithstanding the provisions of decretal paragraph 74 of the Confirmation Order and Schedule S to the Plan Supplement, the deadline for the Reorganized Debtors to make any amendments or modifications to Schedule S to the Plan Supplement is hereby extended to and including August 1, 2005.

3. Consistent with paragraph 74 of the Confirmation Order, prior to the Reorganized Debtors making the distribution anticipated to occur in October 2005 in accordance with the Plan, all parties shall be given an opportunity to be heard with respect to the final Schedule S on the grounds that certain claims should be included in or removed from such Schedule.

4. This Order is without prejudice to the Reorganized Debtors' ability to seek any additional order of the Court in aid of implementation of the Plan or further extending the deadline as provided herein.

Dated: New York, New York
April 1, 2005

                    **s/Arthur J. Gonzalez**
                    UNITED STATES BANKRUPTCY JUDGE