Case Nos. 07-7757(CM) and 07-7941(CM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In re:* ENRON CREDITORS RECOVERY CORP., f/k/a Enron Corp., *et al.*

*Debtors.*

---

JPMORGAN CHASE BANK, N.A., CREDIT SUISSE FIRST BOSTON, DEUTSCHEBANK TRUST COMPANY AMERICAS, FARALLON CAPITAL MANAGEMENT, LLC, KING STREET CAPITAL L.P., REDWOOD PARTNERS, SILVER POINT CAPITAL L.P.,

*Appellants,*

-against-

THE BAUPOST GROUP, LLC, ABRAMS CAPITAL, LLC, ENRON CREDITORS RECOVERY CORP., f/k/a Enron Corp., *et al.*,

*Appellees.*

*Appeal from the United States Bankruptcy Court for the Southern District of New York, Case No. 01-16034 (Jointly Administered)*

---

**RULE 7.1 STATEMENT OF
ABRAMS CAPITAL, LLC**

---

STUTMAN TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
(310) 228-5600
Isaac M. Pachulski, Esq. *(admitted pro hac vice)*
Eric D. Winston, Esq. *(admitted pro hac vice)*
Nathan A. Schultz, Esq.

*Counsel for Appellees
The Baupost Group, LLC and Abrams Capital, LLC*

465868v1

Pursuant to Federal Rule of Civil Procedure 7.1, Abrams Capital, LLC states that it has no corporate parent, and no publicly-held corporation holds 10% or more of its interests.

Dated: November 2, 2007
      Los Angeles, California

                STUTMAN, TREISTER & GLATT
                Professional Corporation


                By:      /s/ Eric D. Winston
                ISAAC M. PACHULSKI (*admitted pro hac vice*)
                ERIC D. WINSTON (*admitted pro hac vice*)
                1901 Avenue of the Stars, 12th Floor
                Los Angeles, California 90067
                Telephone (310) 228-5600
                Facsimile (310) 228-5788

                ATTORNEYS FOR ABRAMS CAPITAL, LLC AND
                THE BAUPOST GROUP, LLC

465868v1