**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re ENRON CREDITORS RECOVERY CORP.,
                Debtor.
-----------------------------------------------------------X
JP MORGAN CHASE BANK N.A. et.al.,
                Appellants,

-against-

THE BAUPOST GROUP,LLC., et.al.,
                Appellees.
-----------------------------------------------------------X

01 Br 16034 (AJG)

07 **CIVIL** 7757 (CM)
07 **CIVIL** 7941 (CM)
**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

      Before the Court are the consolidated appeals from a decision of the US Bankruptcy Court for the Sourthern district of NY(Gonzalez), the matter having come before the Honorable Colleen Mc Mahon, United States District Judge, and the Court, on January 14 2008, having rendered its Decision and Order affirming the Bankruptcy Court's determination insofar as it concerns the 1987 Identure, but reverses its conclusion with regard to the TOPRS Indentures, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order, dated Jan 14 2008, the Bankruptcy Court's determination is affirmed insofar as it concerns the 1987 Identure, but reverses its conclusion with regard to the TOPRS Indentures.

**Dated:** New York, New York
       Jan 24, 2007

                                            **J. MICHAEL McMAHON**
                                            Clerk of Court
                        BY:
                                              **Deputy Clerk**